**Original filed 11/14/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAYMOND KENNEDY, SR., <br><br> Petitioner, <br><br> vs. <br><br> D.K. SISTO, et al., <br><br> Respondent. | No. C 06-5893 JF (PR) <br><br> ORDER CORRECTING ERRONEOUS FILING; CLOSING CASE; INSTRUCTIONS TO CLERK |

On September 25, 2006, Petitioner, a state prisoner proceeding pro se, filed a "notice of appeal" from the California Supreme Court's summary denial of his state habeas petition, dated June 14, 2006, which the Clerk of Court construed as a habeas action pursuant to 28 U.S.C. §2254. Petitioner filed an earlier habeas action with the Court on September 22, 2005, case no. C 05-5822 JF (PR).

On October 13, 2006, Petitioner filed a "motion of query" in his closed civil rights action, case no. C 06-2353 JF (PR), notifying the Court that the habeas petition he filed has two separate case numbers - C 06-5822 JF (PR) and C 06-5893 JF (PR). It appears that the instant "notice of appeal" document was mistakenly received and opened as a new case in the instant action.

1  Accordingly, the Clerk is instructed to copy all documents from the instant case and
2  transfer the documents to Petitioner's earlier filed habeas action in case number C 05-
3  5822 JF (PR).  Because the instant case was opened erroneously, the Clerk shall close the
4  file and terminate any pending motions.  The Court will review the petition in a separate
5  order in case number C 05-5822 JF (PR).

6      IT IS SO ORDERED.
7  DATED: 11/14/06 _____
8      JEREMY FOGEL
    United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Michael Raymond Kennedy, Sr.
   D-26471
   Solano State Prison
4  P.O. Box 4000
   Vacaville, CA  95696-4000

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Correcting Erroneous filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.06\Kennedy893close                3